1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12 TRENCHES, INC., a California Corporation; TRENCHES | Case No.  SA CV 12-627 AG (RNBx) Hon. Andrew J. Guilford |
| 13 HOLDINGS, INC., a California corporation; RICHARD | |
| 14 TOSCHIADDI, an individual; GINGER TOSCIADDI, an individual; | **JUDGMENT** |
| 15 DIMITRI MARALETOS, an individual; and JEANETTE | |
| 16 MARALETOS, an individual; | |
| 17          Plaintiffs, | |
| 18      vs. | |
| 19 | |
| 20 HANOVER INSURANCE COMPANY, a New Hampshire | |
| 21 corporation; and DOES 1 through 25 inclusive. | |
| 22 | |
| 23          Defendants. | |

24

25

26

27

28

Pursuant to the Court's grant of the motion of Defendant Hanover Insurance Company to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted, as more fully set forth in the Court's Memorandum Decision of August 10, 2012 [Docket No. 22], it is ORDERED AND ADJUDGED as follows:

1. Judgment is entered in favor of Hanover Insurance Company and against Trenches, Inc.; Trenches Holdings, Inc.; Richard Toschiaddi; Ginger Toschiaddi; Dimitri Maraletos; and Jeanette Maraletos (collectively, "Plantiffs"), and Plaintiffs shall take nothing by their complaint.

2. Hanover Insurance Company, as the prevailing party, shall recover its taxable costs of suit in this matter as taxed by the Clerk under the provisions of Federal Rule of Civil Procedure 54.

IT IS SO ORDERED.

DATED:  Sept 12, 2012

By:_____
          Andrew J. Guilford
          United States District Judge

2

JUDGMENT                                                                                        SA CV 12-627